UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORID
TALLAHASSEE DIVISION

BRIAN M. CASEY,

    Plaintiff,

v.                                                                             4:24cv426–WS/MJF

RICKY DIXON,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed December 16, 2024. The magistrate judge recommends that this case be dismissed with prejudice for maliciousness and abuse of the judicial process based upon Plaintiff's failure to disclose his litigation history completely and honestly. Plaintiff has filed objections (ECF No. 11) to the report and recommendation. In his objections, Plaintiff has included a motion to file another amended complaint.

Having reviewed the record in light of Plaintiff's objections, the court has concluded that the magistrate judge's report and recommendation should be

adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is ADOPTED and incorporated into this order by reference.

2. This action is DISMISSED WITH PREJUDICE for maliciousness and abuse of the judicial process pursuant to 28 U.S.C. §1915A(b)(1).

3. Plaintiff's motion (ECF No. 11) to filed a second amended complaint is DENIED.

4. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this   16th   day of   January  , 2025.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE